IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                          CASE NO. 2:21-CV-2210

SHERIFF HOBE RUNION, Sebastian County,
Arkansas; EDDIE SMITH, Inmate Management;
and NURSE MORGAN                                                                  DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 36) by Chief U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendant Nurse Morgan's Motion to Dismiss (Doc. 29). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Nurse Morgan's Motion to Dismiss (Doc. 29) is GRANTED, and all of Plaintiff's claims against her are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this October 4, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE