UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN I. PIEL                                                                                                    PLAINTIFF

v.                                              No. 2:21-cv-2210

SHERIFF HOBE RUNION and
EDDIE SMITH                                                                                                     DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 44) ("R&R") from Chief United States Magistrate Judge Mark E. Ford, who recommends granting Plaintiff's motion (Doc. 41) to voluntarily dismiss this case without prejudice. The deadline to object to the R&R has not yet passed, but the Defendants have already filed a response (Doc. 42) stating they do not oppose Plaintiff's motion. Thus, there is no need to wait until the objection deadline expires before adopting the R&R. The R&R is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss (Doc. 41) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 28th day of February, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE