UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN I. PIEL                                                                   PLAINTIFF

v.                                         No. 2:21-cv-2210

SHERIFF HOBE RUNION and
EDDIE SMITH                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 28th day of February, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE